1  **MICHELLE BETANCOURT**
California State Bar No. 215035
2  FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3  San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4  Facsimile:   (619) 687-2666
michelle_betancourt@fd.org

6  Attorneys for Mr. Acosta

8  UNITED STATES DISTRICT COURT

9  FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11  UNITED STATES OF AMERICA, | ) | Case No. 08mj1449 |
| | ) | |
| 12                Plaintiff, | ) | |
| | ) | |
| 13  v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| 14  **AUDENAGO MONTES ACOSTA,** | ) | |
| | ) | |
| 15                Defendant. | ) | |

16  
17          Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

20                                                    Respectfully submitted,

Dated: May 12, 2008                           s/ *Michelle Betancourt*
21                                                    **MICHELLE BETANCOURT**
                                                      Federal Defenders of San Diego, Inc.
22                                                    Attorneys for Defendant
                                                      michelle_betancourt@fd.org

**MICHELLE BETANCOURT**
California State Bar No. 215035
FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
Facsimile: (619) 687-2666
michelle_betancourt@fd.org

Attorneys for Mr. Acosta

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 08mj1449 |
| Plaintiff, | ) | |
| v. | ) | PROOF OF SERVICE |
| **AUDENAGO MONTES ACOSTA**, | ) | |
| Defendant. | ) | |

    Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of her information and belief, and that a copy of the foregoing document has been served via CM/ECF this day upon:

    Assistant United States Attorney
    efile.dkt.gc1@usdoj.gov

Dated: May 12, 2008                                  *s/ Michelle Betancourt*
                                                        MICHELLE BETANCOURT
                                                        Federal Defenders of San Diego, Inc.,
                                                        225 Broadway, Suite 900
                                                        San Diego, CA 92101-5030
                                                        (619) 234-8467  (tel)
                                                        (619) 687-2666  (fax)
                                                        e-mail: michelle_betancourt@fd.org