```
                                        FILED
                                      JUN - 5 2008
                              CLERK, U.S. DISTRICT COURT
                           SOUTHERN DISTRICT OF CALIFORNIA
                           BY                      DEPUTY
```

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal Case No. 08CR 1850-L |
| Plaintiff, ) | **I N F O R M A T I O N** |
| v. ) | Title 21, U.S.C., Secs. 952 and 960 - Importation of |
| AUDENAGO ACOSTA MONTES, ) | Methamphetamine (actual) (Felony) |
| Defendant. ) | |

The United States Attorney charges:

On or about May 7, 2008, within the Southern District of California, defendant AUDENAGO ACOSTA MONTES, did knowingly and intentionally import 50 grams or more, to wit: approximately 0.75 kilograms (1.65 pounds) of Methamphetamine (actual), a Schedule II Controlled Substance, into the United States from a place outside thereof; in violation of Title 21, United States Code, Sections 952 and 960.

DATED: June 5, 2008.

KAREN P. HEWITT
United States Attorney

W. MARK CONOVER
Assistant U.S. Attorney

WMC:jam:San Diego
5/22/08