UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
JUL 18 2008
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>    vs.<br><br>AUDENAGO ACOSTA MONTES<br><br>          Defendant. | CASE NO. 08CR1850<br><br>JUDGMENT OF DISMISSAL |

    IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

___   the Court has dismissed the case for unnecessary delay; or

___   the Court has granted the motion of the Government for dismissal; or

___   the Court has granted the motion of the defendant for a judgment of acquittal; or

___   a jury has been waived, and the Court has found the defendant not guilty; or

___   the jury has returned its verdict, finding the defendant not guilty;

**X**   of the offense(s) of: 21 USC 952 and 960 - IMPORTATION OF METHAMPHETAMINE

    IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: JULY 18, 2008

CATHY ANN BENCIVENGO
UNITED STATES MAGISTRATE JUDGE

ENTERED ON _____